```
                    UNITED STATES DISTRICT COURT
                              FOR  THE
                        DISTRICT OF VERMONT
```

Christina E. Mattison,            :
    Plaintiff,                    :
                                    :
           v.                        : File No. 2:10 CV 325
                                    :
Michael J. Astrue,                :
Commissioner of Social Security,  :
    Defendant.                    :

<u>ORDER</u>

    The Report and Recommendation of the United States Magistrate Judge was filed December 8, 2011. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

    The Plaintiff's Motion to Reverse Decision of Commissioner (Doc. 10) is **DENIED**, and the Commissioner's Motion for Order Affirming Decision of Commissioner (Doc. 21) is **GRANTED.**

    The case is dismissed.

    Dated at Burlington, in the District of Vermont, this 4th day of January, 2012.

                                              <u>/s/ William K. Sessions III</u>
                                                William K. Sessions III
                                                U.S. District Court Judge